# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Rand Machine Products, Inc.

                  Debtor(s)

Case No.: 1–17–12640–CLB
Chapter: 7

Tax ID: 16–0874986

## FINAL DECREE

The estate of the above−named debtor has been fully administered.

**IT IS ORDERED THAT:**

Mark J. Schlant is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: May 17, 2023

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

Form fnldec/Doc 191
www.nywb.uscourts.gov